**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**WILLIAM JAMES BROWN**                                            **PLAINTIFF**

**v.**                         **Civil No. 06-5120**

**JAY SAXTON, Public Defender;**
**VICTORIA HARGIS, Public**
**Defender; BENTONVILLE**
**POLICE DEPARTMENT; and**
**JUDGE TOM KEITH**                                       **DEFENDANTS**

### O R D E R

Now on this 28th day of November, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #8, filed October 31, 2006), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is hereby **dismissed.**

**IT IS SO ORDERED.**

                                                   **/s/Jimm Larry Hendren**
                                                   **HON. JIMM LARRY HENDREN**
                                                   **UNITED STATES DISTRICT JUDGE**